UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOE PARENTI, et al., | ) | Civil No.05cv2219-H(NLS) |
| Plaintiffs, | ) ) | **ORDER DIRECTING CLERK OF COURT TO STRIKE DOCUMENT NUMBER 17** |
| v. | ) ) | |
| CITY OF CHULA VISTA, et al., | ) ) | |
| Defendants. | ) ) | |

On November 3, 2006, Defense counsel electronically filed Document Number 17 entitled, "Joint/Unopposed Motion to Continue Discovery Deadlines." The motion was submitted without the signature of opposing counsel. Based on Southern District of California Electronic Case Filing Administrative Policies and Procedures, Section 2 Part 4, which requires both parties sign a joint motion, the document shall be stricken from the docket. The Clerk of Court shall strike Document Number 17, via docket text entry. Counsel may resubmit the joint motion with the signatures of counsel for all parties.

**IT IS SO ORDERED**.

DATED: November 7, 2006

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge
United States District Court